Argued and submitted January 17, affirmed November 6, 2002

## FRANCISCO THOMAS PADILLA,
*Appellant,*

*v.*

## Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12660; A114687

56 P3d 964

Melinda M. Buel filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer,* 184 Or App 577, 57 P3d 176 (2002).